FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 27, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHEN RAY JACKSON, SR., <br><br> Plaintiff, <br><br> v. <br><br> ASOTIN COUNTY, ASOTIN COUNTY PRE-TRIAL-RELEASE MISDAMEANOR PROBATION DEPT., DEPUTY NATHAN ULHORN, ASOTIN COUNTY SHERIFF'S DEPT., ASOTIN COUNTY PROSECUTOR'S OFFICE, DEPUTY PROSECUTOR NIKLAUS WARD, THE CITY OF CLARKSTON, CLARKSTON POLICE DEPT., POLICE SGT. DARIN BOYD and POLICE OFFICE BRAD PETERS, <br><br> Defendants. | No. 2:24-CV-0430-TOR <br><br> ORDER DENYING MOTION FOR DEFAULT |

BEFORE THE COURT is Plaintiff's Motion and Order to Enter / Enforce Default Judgment. ECF No. 5. This matter was submitted for consideration

ORDER DENYING MOTION FOR DEFAULT ~ 1

without oral argument. The Court has reviewed the record and files herein and is fully informed.

## DISCUSSION

Plaintiff seeks entry of an order of default against all named Defendants. Plaintiff has not shown that he served the summons and complaint on any of the Defendants.

According to Local Civil Rule 55(a)(2), "[t]he moving party must show (a) that the party against whom default is sought was properly served with the summons and complaint in a manner authorized by Federal Rule of Civil Procedure 4; (b) that the party has failed to timely plead or otherwise defend; and (c) that proper notice of the intention to seek an entry of default, as described above, has been accomplished." According to Local Civil Rule 55(a)(1), "[w]ritten notice of the intention to move for entry of default must be provided to counsel or, if counsel is unknown, to the party against whom default is sought, regardless of whether counsel or the party have entered an appearance. Such notice shall be given at least 14 days prior to the filing of the motion for entry of default."

Here, Plaintiff has not complied with Federal Rules of Civil Procedure 4.

//

//

1  **ACCORDINGLY, IT IS HEREBY ORDERED:**

2  Plaintiff's Motion and Order to Enter / Enforce Default Judgment, ECF No.

3  5, is **DENIED.**

4  The District Court Executive is directed to enter this Order and furnish a

5  copy to Plaintiff at his last known address.

6  **DATED** January 27, 2025.



THOMAS O. RICE
United States District Judge

ORDER DENYING MOTION FOR DEFAULT ~ 3